**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IUE-CWA, the Industrial Division of the Communications Workers of America, AFL-CIO, CLC, | ) ) ) ) | Case No. 10-CV-00091-MMB |
| Appellant, | ) ) | |
| v. | ) ) | |
| VISTEON CORPORATION, *et al.* and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VISTEON CORPORATION, *et al.* | ) ) ) ) ) | |
| Appellees. | ) ) | |
| _____ | ) ) | On Appeal from U.S. |
| In re: | ) ) | Bankruptcy Court |
| VISTEON CORPORATION, *et al.*, | ) ) | Chapter 11 |
| Debtors. | ) ) | Case No. 09-11786 (CSS) (Jointly Administered) |

**NOTICE OF APPEAL**

Notice is hereby given that The IUE-CWA, Industrial Division of Communication Workers of America, AFL-CIO, CLC ("IUE-CWA"), Appellants-below in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the order of the Honorable Michael M. Baylson of the United States District Court of the Eastern District of Pennsylvania, sitting by designation, dated March 31, 2010, (D.I. 22) denying the IUE-CWA's appeal of the Order of the United States Bankruptcy Court for the District of Delaware under 11 U.S.C. §§ 1105, 363(b)(1) and 1108 Authorizing Debtors To Amend Or Terminate Post-Employment Health Care and Life Insurance Benefits For Certain Employees and Retirees and

Their Surviving Spouses, Spouses, Domestic Partners, and Dependents entered on December 22, 2009 and Affirming the decision of the United States Bankruptcy Court of the District of Delaware dated December 22, 2009.

Dated: April 1, 2010                                KENNEDY, JENNIK & MURRAY, P.C.

                                                                        */s/ Susan M. Jennik*
                                                                        Susan M. Jennik, Esq.
                                                                        113 University Place, 7th Floor
                                                                        New York, New York 10003
                                                                        (212) 358-1500

                                                                        And

                                                                        COOCH AND TAYLOR, P.A.

                                                                        */s/ Susan E. Kaufman*
                                                                        Susan E. Kaufman, (DSB#3381)
                                                                        1000 West Street, 10th Floor
                                                                        The Brandywine Building
                                                                        Wilmington, DE 19899
                                                                        (302) 984-3893 / (302) 984-3939 Fax
                                                                        Skaufman@coochtaylor.com

                                                                        Attorneys for IUE-CWA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IUE-CWA, the Industrial Division of the Communications Workers of America, AFL-CIO, CLC,** | ) ) ) ) | **Case No. 10-CV-00091-MMB** |
| Appellant, | ) ) | |
| v. | ) ) | |
| **VISTEON CORPORATION,** *et al.* **and THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF VISTEON CORPORATION,** *et al.* | ) ) ) ) ) | |
| Appellees. | ) ) | |
| _____ | ) | |
| **In re:** | ) ) | **On Appeal from U.S. Bankruptcy Court** |
| **VISTEON CORPORATION,** *et al.*, | ) ) | **Chapter 11** |
| Debtors. | ) ) | **Case No. 09-11786 (CSS)** **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Susan E. Kaufman, hereby certify that on April 1, 2010, I electronically filed the Notice of Appeal with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James E. O'Neill, III, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, Suite 1600
Wilmington, DE 19899

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

I hereby certify that on April 1, 2010, I have served by E-mail the document(s) to the following non-registered participants:

Steven D. McCormick, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
smccormick@kirkland.com
PBryan@kirkland.com
abloomer@kirkland.com
hbloom@kirkland.com

Robert J. Stark, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
rstark@brownrudnick.com

Howard L. Siegel, Esquire
BROWN RUDNICK LLP
City Place I
Hartford, CT 06103
hsiegel@brownrudnick.com

                COOCH AND TAYLOR, P.A.

                */s/ Susan E. Kaufman*
                Susan E. Kaufman (DSB # 3381)
                The Brandywine Building
                1000 West Street, 10th Floor
                Wilmington, DE 19801
                (302) 984-3820
                (302) 984-3939 Fax
                skaufman@coochtaylor.com